UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                              CRIMINAL ACTION 3:12mj00508 TSL-FKB

MARILYN ANN FLOYD

ORDER

This cause is before the court on the magistrate judge's April 3, 2012 report and recommendation. The court, having reviewed the report and recommendation, hereby adopts as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Judge F. Keith Ball entered on or about April 3, 2012, be, and the same is hereby, adopted as the finding of this court. It is further ordered that the Attorney General or his designee submit a status report to the court no later than June 2, 2012, as set out herein.

SO ORDERED this 26th day of April, 2012.

_/s/Tom S. Lee_____
UNITED STATES DISTRICT JUDGE